FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,  Plaintiff,  v.  RICARDO CASTRO-VASQUEZ (7), a.k.a. "Termite",  Defendant. | No. 2:23-CR-0046-MKD-7  PROTECTIVE ORDER  **ECF No. 81** |
|---|---|

    Before the Court is the United States' Motion for Protective Order, ECF No. 81. The Court has reviewed the motion and the record and is fully informed. The Court finds good cause under Fed. R. Crim. P. 16(d)(1) for a protection order to issue in this matter regarding sensitive discovery.

    **IT IS ORDERED:**

  1. The United States' Motion for Protective Order, **ECF No. 81**, is **GRANTED.**

PROTECTIVE ORDER – 1

# PROTECTIVE ORDER

This Protective Order relates to the dissemination of all discovery in the above-captioned matter:

1. The United States will provide discovery materials on an on-going basis to Defense Counsel;

2. Discovery materials that contain the voice or image of a confidential informant or cooperating defendant will be made available for Defense Counsel's review at the United States Attorney's Office.  Until further Order of the Court, those materials may not be shown to Defendant or left in Defendant's custody;

3. Defense Counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

4. Defense Counsel may show to, and discuss with Defendant, all discovery materials that do not contain the voice or image of a confidential source or cooperating defendant, including sealed documents;

5. Defense Counsel shall not provide original or copies of any discovery materials to Defendant.  This is meant to include verbatim, or close to verbatim, recitations of discovery produced to Defense Counsel;

6. Defense Counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained Defense Counsel, but excluding any staff of Defense Counsel or

investigator and/or expert engaged by Defense Counsel, who will also be bound by the terms and conditions of the Protective Order;

7. The United States, Defense Counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed Court proceedings relevant to Case No. 2:23-CR-46-MKD; provided however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** May 17, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE
